No. 11–9955. BOWMAN *v.* CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Va. Certiorari denied.

No. 11–9956. ARCHULETA *v.* GALETKA, WARDEN. Sup. Ct. Utah. Certiorari denied.

No. 11–9985. MCKAY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–9993. ESQUIVEL *v.* GULERIA ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–9996. O'KANE *v.* KIRKPATRICK, SUPERINTENDENT, WENDE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 11–9998. ALLUMS *v.* PHILLIPS ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–10001. STOGNER *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 11–10006. FUENTES *v.* GONZALEZ, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–10009. HOWARD *v.* EVANS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–10012. HILL *v.* MUWWAKKIL. C. A. 4th Cir. Certiorari denied.

No. 11–10013. RETANAN *v.* SACRAMENTO COUNTY SHERIFF'S DEPARTMENT ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–10014. QUIGGLE *v.* COLEMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FAYETTE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–10020. LOVETTE *v.* PAUL ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–10022. WEST *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.